PER CURIAM.

(No. 74-CC-187 )

CENTURY MACHINE SHOP, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed December 17, 1973.*

CENTURY MACHINE SHOP, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.